**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLAS TRUST COMPANY LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>UNIVERSAL ENTERTAINMENT CORP.,<br><br>                    Defendant. | Case No. 1:22-cv-08946<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

**PLAINTIFF GLAS TRUST COMPANY LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for GLAS Trust Company LLC ("**GLAS**"), a limited liability company organized under the laws of New Hampshire, states as follows: GLAS is a wholly owned subsidiary of GLAS USA LLC ("**GLAS USA**"), a limited liability company organized under the laws of New Jersey. GLAS USA is wholly owned by Global Loan Agency Services Ltd., a limited company organized under the laws of the United Kingdom, which in turn is wholly owned by GLAS Holdings Limited, also a limited company organized under the laws of the United Kingdom.

**Dated:**  October 20, 2022
New York, NY

        Respectfully submitted,

        */s/ Theodore E. Tsekerides*

        **WEIL, GOTSHAL & MANGES LLP**
        Theodore E. Tsekerides
        Matt Barr
        Sunny Singh
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:  (212) 310-8007
        Email:   theodore.tsekerides@weil.com

        *Counsel for Plaintiff*